JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEDAN BOYD, | ) NO. CV 10-6764-CAS (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| THE SUPERIOR COURT, COUNTY OF LOS ANGELES, | ) |
| Respondent. | ) |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: <u>January 4, 2011</u>.

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE